No. 2962. TORRES, INTERVENOR-APPELLANT, *v.* QUIÑONES ET AL., DEFENDANT-APPELLEES.—District Court of Mayagüez.

Intervention. Decided February 13, 1923. Considering the motion for dismissal made by defendant Quiñones and the accompanying certificate, and the transcript not having been filed in time, the motion is sustained.